RIGHT OF PRIVACY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

By: domonique-fareed: Jordan NON JOINDER NON PERSON NON Subject
NON-JUDICIAL
SUI JURTS Grantor BENEFICIARY
PRINCIPAL FIRST IN TIME PRIVATE US

*(In the space above enter the full name(s) of the plaintiff(s).)*

EX PARTE

- against -

MOMS ORGANIC ET AL SURETY Grantee/SERVANTS
Grantee/S THE CITY OF PHILADELPHIA ET AL
R SURETY U.S. DEPARTMENT OF
V HEALTH ET AL SURETY Grantee/SERVANT
A
N
T

**COMPLAINT**

Jury Trial: ☐ Yes  ☒ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name           By: domonique-DOE: RAE
           Street Address  c/o 8605 Norris Court Suite C  STORAGE
           County, City    PHILADELPHIA, PHILADELPHIA
           State & Zip Code PA REPUBLIC NEAR [19121-9998] NON
           Telephone Number RESIDENT NON DOMESTIC NA

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: MOMS ORGANIC ET AL SURETY
Street Address: 34 S 11th St
County, City: PHILADELPHIA, PHILADELPHIA
State & Zip Code: PA 19102

Defendant No. 2
Name: THE CITY OF PHILADELPHIA ET AL Surety
Street Address: 1515 ARCH St
County, City: PHILADELPHIA, PHILADELPHIA
State & Zip Code: PA 19102

Defendant No. 3
Name: THE U.S. DEPARTMENT OF HEALTH
Street Address: HUMAN SERVICES ET AL SURETY 200
County, City: INDEPENDENCE AVE S.W. W
State & Zip Code: DISTRICT OF Columbia 20201

Defendant No. 4
Name: 
Street Address: 
County, City: 
State & Zip Code: 

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions    ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ORGANIC UNITED STATES CONSTITUTION 1789 BILL OF RIGHTS 1783 TREATY ARTICLES @ § 1 ARTICLE 6 § 2 & 3

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __PENNSYLVANIA__

Defendant(s) state(s) of citizenship __PENNSYLVANIA DISTRICT OF COLUMBIA__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __34 11th St__

B. What date and approximate time did the events giving rise to your claim(s) occur? __4:48 PM DEC. 4 2020__

C. Facts: [What happened to you?] ON 12/4/2020 FIRST HAND KNOWLEDGE EMPLOYEE OFFERED ME A CONTRACT "You HAVE TO WEAR A MASK" I rejected the PUBLIC ACOMIDATIONS manager called POLICE SERVANTS I was falsly Arrested UNLAWFULLY UNLAWFUL KIDNAPPED UNLAW Finger print UNLAWFUL PICTURE Identy I NEVER CONSENTED TO NONE OF THE PARTIES ACTION

[Who did what?] THE Captain authorized SERVANTS TO Commit THESE ACTIONS ALL PARTIES VIOLATED THE LAW OF LAND MY UNALIENABLE RIGTS AS I STATED I HAVE AND STANDING ON CDC DEPARTMENT OF HEALTH SERVICES FRAUDULENT SILENT CONTRACT REJECTED

[Was anyone else involved?] SUPERVISOR SERVANT WHITE SHIRT POLICY OFFICER ALFORD BADGE Number 2196 and Partner CDC

[Who else saw what happened?] THE MOMS organic HAVE CAMERAS MYSELF First HAND KNOWLEDGE

- 3 -

Rev. 10/2009

IV.   Injuries: **SOCIaLLY & PSYChoLoGICaLLY PTSD TRAMA**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. **No medical injuries**

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. **REMEDY & RECOUrSE 1-103.6 1-308**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **21** day of **September**, 20**21**.

*Thumprint Autograph*

Signature of Plaintiff **By: John-domonique: Doe Roe ALL RIGHTS RESERVED without prejudice 1-308**

Mailing Address **Storage C/O 2605 Norris Court Suite C, NEAR PHILADELPHIA, PA [19121-9998] NON domestic NON RESIDENT**

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: STORAGE C/O 2605 Norris Court Suite C NEAR PHILA PA 19121-9998

Address of Defendant: NON RESIDENT NON DOMESTIC

Place of Accident, Incident or Transaction: DEPT PPD DISTRICT 6 MOMS ORGANIC 34 S. 11th street PHILA. PA 19107

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case  ☐ is / ☑ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____   Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # *(if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A. *Federal Question Cases:*
☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☑ 11. All other Federal Question Cases 1789
  *(Please specify):* CONSTITUTIONALITY BILL OF RIGHTS

B. *Diversity Jurisdiction Cases:*
☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # *(if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

*Handwritten:* By: John-domonique: Doe RAE NON PERSON NON Subject BENEFICIARY principAL FIRST IN TIME Grantor SUI JURIS EXPARTE

*Handwritten plaintiff:* MOMS ORGANIC ET AL SURETY Grantee
THE CITY OF PHILADELPHIA ET AL SURETY Grantee
THE DEPARTMENT OF HEALTH HUMAN SERVICES ET AL

v.

CIVIL ACTION

NO. SURETY Grantee

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   (✓)

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

_____      _____
**Date**               **Pro Se Plaintiff**

_____      _____      _____
**Telephone**         **FAX Number**       **E-Mail Address**

(Civ. 660) 10/02

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)   The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)   In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)   The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)   Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)   Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

## SPECIAL MANAGEMENT CASE ASSIGNMENTS
(See §1.02 (e) Management Track Definitions of the
Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.